Case: 4:14-cv-00652-DDB    Document #: 6-1    Date Filed: 10/20/2014    Page 1 of 6

Case: 4:14cv652

Anita Kelly
16301 FM 1173
Krum, TX 76249

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 3 - 2014
DAVID J. MALAND, CLERK

7014 1200 0000 6222 1235

CERTIFIED MAIL

UNITED STATES POSTAGE
PITNEY BOWES
02 1P         $ 006.90⁰
0003153184    OCT 24 2014
MAILED FROM ZIP CODE 75090

NIXIE        750  FE 1         0010/31/14
          RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 75090598937         *2382-02126-31-43