IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Sean Kelly and Anita Kelly | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:14-CV-00652_ |
| Citimortgage, Inc.., | § § | |
| Defendant. | § § § § | |

## MOTION FOR VOLUNTARY DISMISSAL
## OF ALL CLAIMS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Sean Kelly and Anita Kelly ("Plaintiffs"), who file this their written Notice of Voluntary Dismissal, without prejudice, stating as follow:

1. Plaintiffs initially filed a lawsuit against Citibank N.A.. ("Defendant"), in the Denton County District Court, under Cause Number 14-06891-367. Plaintiffs no longer wish to pursue such claims against Defendant.

2. Defendant has not filed an answer with this Court or a Motion for Summary Judgment.

3. Based on the above, Plaintiffs hereby voluntarily dismiss this action without prejudice.

Notice of Voluntary Dismissal

Respectfully submitted,

_____
Anita Kelly
Pro Se

_____
Sean Kelly
Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court and that a true and correct copy of the foregoing document was served upon the following via electronic mail and/or ECF and/or facsimile and/or certified mail, return receipt requested pursuant to the Federal Rules of Civil Procedure on this 16th day of January 2015 to:

_____
Anita Kelly
Pro Se

_____
Sean Kelly
Pro Se

CC:
Akerman LLP
2001 Ross Ave.
Dallas, TX 75201

Certified number:
70141200000062221945

Notice of Voluntary Dismissal